| | |
|---|---|
| 1 | NORA M. MANELLA |
|   | United States Attorney |
| 2 | RICHARD E. DROOYAN |
|   | Assistant United States Attorney |
| 3 | Chief, Criminal Division |
|   | JEFFREY W. JOHNSON |
| 4 | Assistant United States Attorney |
|   | Narcotics Section |
| 5 | Telephone: (213) 894-6527 |
|   | ROB B. VILLEZA |
| 6 | Assistant United States Attorney |
|   | Narcotics Section |
| 7 |     1400 United States Courthouse |
|   |     312 North Spring Street |
| 8 |     Los Angeles, California 90012 |
|   |     Telephone: (213) 894-6579 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE: COMPLAINT AND ) MISC. NO. 94-568M
AFFIDAVIT IN SUPPORT OF )
ARREST WARRANTS FOR: ) ORDER FOR SEALING
 )
QUINTIN STEPHEN, ) [UNDER SEAL]
DONALD DENNIS, )
TERRANCE COOPER, )
DERRICK SLAUGHTER, )
CARL LAVAR LEE, )
HORACE SLAUGHTER, )
LARRY NEAL and )
RENEE STEPHENS )
_____)

The United States of America, having applied to this Court, for an Order permitting it to file any and all affidavits underlying the complaint and arrest warrant in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration of Jeffrey W. Johnson, in camera under seal, and good cause appearing, therefor:

//

IT IS HEREBY ORDERED that the affidavit underlying the complaint and arrest warrant in the above-entitled proceedings, together the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration of Jeffrey W. Johnson shall be filed with this Court, in camera and under seal, and shall not be disclosed to any person unless otherwise ordered by this Court. This order does not preclude the provision of a copy of the complaint and affidavit, to a defendant being arraigned thereon, at the time of the arraignment.

DATED: This 17th day of March, 1994.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
JEFFREY W. JOHNSON
Assistant United States Attorney
Narcotics Section